UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TANYA L. ENGLISH, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 7:20-cv-01141-MHH-JHE |
| FEDERAL BUREAU OF PRISONS, et al., | ) ) ) |
| Respondents. | ) |

**MEMORANDUM OPINION**

On September 23, 2020, the magistrate judge entered a report in which he recommended that the Court dismiss Ms. English's § 2241 petition for writ of habeas corpus with prejudice because Ms. English must pursue the relief she seeks via a motion for compassionate release in the district court in which she was sentenced. (Doc. 7). No party has objected to the report. The Court has reviewed Ms. English's petition and the magistrate judge's report and agrees that Ms. English must seek relief from the sentencing court. Therefore, by separate order, the Court will dismiss this habeas proceeding. 28 U.S.C. § 636(b)(1)(C); *United States v. Raddatz*, 447 U.S. 667 (1980).

**DONE** and **ORDERED** this October 19, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE